# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No: 2:18-mn-02873-RMG<br><br>Notice of Dismissal |
| | *This document relates to:*<br>Cooper v. 3M Company, et al.<br>Civil Action No.: 2:25-cv-00612-RMG |

## NOTICE OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) & SECOND AMENDED CASE MANAGEMENT ORER NO. 28

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Paragraph 6 of Second Amended CMO 28, the action on behalf of Plaintiff Jeffrey Dunlap is hereby **DISMISSED WITHOUT PREJUDICE,** in its entirety, as to all defendants without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims.

Dated: May 23, 2025                                  Respectfully Submitted,

                                                                  *[signature: Steven D. Davis]*

                                                                  Steven D. Davis
                                                                  Eric W. Cracken
                                                                  TorHoerman Law LLC
                                                                  210 S. Main Street
                                                                  Edwardsville, IL 62025
                                                                  Telephone: 618-656-4400
                                                                  Facsimile: 618-656-4401
                                                                  E: sdavis@thlawyer.com
                                                                  E: ecracken@thlawyer.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 23, 2025, the foregoing was electronically filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

_____
Steven D. Davis